**Electronically Filed
Supreme Court
SCWC-13-0000040
03-FEB-2014
12:44 PM**

SCWC-13-0000040

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————

DEUTSCHE BANK NATIONAL TRUST COMPANY,
a National Banking Association, as Trustee of the
IndyMac INDX Mortgage Loan Trust 2006-AR12,
Mortgage Pass-Through Certificates, Series 2006-AR12, Under
the Pooling and Servicing Agreement Dated July 1, 2006,
Respondent/Plaintiff-Appellee,

vs.

RONALD PAJELA AMASOL and JEAN LOUISE MORALES AMASOL,
Petitioners/Defendants-Appellants.

———————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000040; CIV. NO. 11-1-2129)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Chang, in place of Acoba, J., recused.)

Petitioners/defendants-appellants Ronald Pajela Amasol and Jean Louise Morales Amasol's application for a writ of certiorari, filed December 20, 2013, is hereby accepted.

No oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 3, 2014.

Sandra D. Lynch, Esq.
for petitioners Ronald P.
Amasol and Jean Louise
Morales Amasol

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Gary W.B. Chang

